# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2010

140991

MICHIGAN DEPARTMENT OF
TRANSPORTATION,
      Plaintiff-Appellee,

v

DETROIT INTERNATIONAL BRIDGE
COMPANY,
      Defendant-Appellant,

and

SAFECO INSURANCE COMPANY
OF AMERICA,
      Defendant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140991
COA: 296567
Wayne CC: 09-015581 CK

      By order of May 5, 2010, this Court granted immediate consideration and a stay of trial court proceedings. On order of the Court, the application for leave to appeal the March 17, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The stay of trial court proceedings is DISSOLVED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2010

y0525

_____
Clerk